# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Vasko,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>Carla Hacker-Agnew, et al.,<br><br>　　　　　　Respondents. | No. CV-17-8001-PCT-DJH<br><br>**ORDER** |

This matter is before the Court on Respondents' Motion to Stay (Doc. 9), Petitioner's Motion to Stay (Doc. 12), and the Report and Recommendation ("R&R") issued by United States Magistrate Judge John Z. Boyle (Doc. 13). Petitioner asserts in his motion to stay that he does not oppose Respondents' motion.

Judge Boyle has explained the background and status of this habeas case in the R&R and the Court need not repeat that information here. After full consideration of the matter, Judge Boyle recommends that Respondents' and Petitioner's motions to stay be granted.

Judge Boyle advised the parties that they had fourteen days to file objections and that the failure to file timely objections "may result in the acceptance of the Report and Recommendation by the District Court without further review." (Doc. 13 at 4) (citing *United States v. Reyna-Tapia,* 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). Although the parties are in agreement regarding a stay, the Court, in an abundance of caution, has waited for the objection deadline to expire before issuing its ruling. No objection to the

R&R has been filed.

The Court has reviewed the R&R and agrees with its findings and recommendations. In light of the parties' agreement that a stay is warranted here, and Judge Boyle's well-reasoned recommendation to grant the motions to stay, the Court will accept the R&R and grant the motions. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed.R.Civ.P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Magistrate Judge Boyle's R&R (Doc. 13) is **accepted** and **adopted** as the order of this Court.

**IT IS FURTHER ORDERED** that Respondents' Motion to Stay (Doc. 9) and Petitioner's Motion to Stay (Doc. 12) are **GRANTED** and that this matter is **STAYED** pending further order of the Court.

**IT IS FINALLY ORDERED** that, **no later than July 28, 2017,** Petitioner shall file a status report to inform the Court of the status of his state court proceedings. In addition, **every 90 days after the initial status report,** Petitioner shall file a supplemental status report regarding his state court proceedings. Lastly, Petitioner must notify the Court **within 30 days after the state court review is completed** by filing a notice. If relief is not granted by the state court, the stay will be lifted and the Court will set a deadline for Respondents to answer the Petition (Doc. 1).

**Dated** this 28th day of June, 2017.

Honorable Diane J. Humetewa
United States District Judge